```
 1  WARREN H. NELSON, JR.  #104744
    A PROFESSIONAL CORPORATION
 2  6161 El Cajon Boulevard, # 273
    San Diego, CA 92115
 3  Telephone:  (619) 269 4212
    Facsimile:  (619) 501 7948
 4
    Attorney for Defendant
 5  STANDARD INSURANCE COMPANY
```

FILED
08 MAR 20 PM 12:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  CP    DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH LESLIE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STANDARD INSURANCE COMPANY and DOES 1-10,<br><br>　　　　Defendant. | Case No.: 08 CV 0520 W JMA<br><br>DEFENDANT STANDARD INSURANCE COMPANY'S NOTICE OF PARTY WITH FINANCIAL INTEREST |

　　　　PLEASE TAKE NOTICE that defendant Standard Insurance Company ("Standard"), pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Civil Rule 40.2, discloses that Standard is a wholly-owned subsidiary of StanCorp

--
--
--
--

1  Financial Group, Inc., which is a company that is publicly traded on the New York
2  Stock Exchange.
3  Dated: March 20, 2008

                                   *[signature]*
                                   WARREN H. NELSON, JR.
                                   A PROFESSIONAL CORPORATION
                                   6161 El Cajon Boulevard, # 273
                                   San Diego, CA 92115

                                   Attorney for Defendant
                                   STANDARD INSURANCE COMPANY

DOCKET No. UNASSIGNED

<u>Leslie v. Standard Insurance Company, et al.</u>

PROOF OF SERVICE BY MAIL

I, Warren H. Nelson, Jr., the undersigned, hereby certify and declare under penalty of perjury that I am over the age of 18 years and am not a party to this action. My business address is Warren H. Nelson, Jr., A Professional Corporation, 6161 El Cajon Blvd., # 273, San Diego, CA 92115, telephone (619) 269-4212, facsimile (619) 501-7948. On the 20th day of March 2008, I served a true copy of the foregoing document titled exactly:

DEFENDANT STANDARD INSURANCE COMPANY'S NOTICE OF PARTY WITH FINANCIAL INTEREST

By placing it/ in an addressed sealed envelope with correct postage affixed thereto and personally depositing it in the United States mail. I addressed the mailing envelope to the following:

Craig A. Miller, Esq.
Levine, Steinberg, Miller & Huver
550 West "C" Street, Suite 1810
San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of March 2008 at San Diego, California.

Warren H. Nelson, Jr.