UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SARAH LESLIE, | ) | Case No. 08-CV-0520-W (JMA) |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING EARLY NEUTRAL** |
| | ) | **EVALUATION CONFERENCE** |
| v. | ) | |
| | ) | |
| STANDARD INSURANCE CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

At the request of counsel, the Early Neutral Evaluation Conference previously scheduled to be held on May 6, 2008 at 10:00 a.m. is hereby VACATED.  Instead, Magistrate Judge Adler will conduct an Early Neutral Evaluation Conference on **June 6, 2008** at **10:00 a.m.**  The remainder of the Court's March 27, 2008 Order [Dkt. No. 4] shall remain in effect.

**IT IS SO ORDERED.**

DATED:  April 30, 2008

Jan M. Adler
U.S. Magistrate Judge

08cv0520