CRAIG A. MILLER # 116030
LEVINE, STEINBERG, MILLER & HUVER
550 West "C" Street, Suite 1810
San Diego, CA 92101
Telephone: (619) 231 9449
Facsimile: (619) 231 8638
camiller@levinelaw.com

Attorneys for Plaintiff
SARAH LESLIE

WARREN H. NELSON, JR. #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone: (619) 269 4212
Facsimile: (619) 501 7948
nelson@rolando.sdcoxmail.com

Attorney for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH LESLIE,<br><br>     Plaintiff,<br><br>  vs.<br><br>STANDARD INSURANCE COMPANY, a corporation; and DOES 1-10,<br><br>     Defendants. | Case No.: 3:08-cv-00520 W JMA<br><br>JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER RE CLAIMS MANUAL<br><br>**DISCOVERY MATTER**<br><br>No hearing set or required. |

Pursuant to Local Rule 7.2(b), the parties, plaintiff Sarah Leslie ("Leslie") and defendant Standard Insurance Company ("Standard"), jointly and respectfully submit this motion pursuant to their stipulation and request that the Court enter the Protective Order re Claims Manual.

Pursuant to the Chambers Rules of the Honorable Thomas J. Whelan, this motion has been designated in the caption above as a "Discovery Matter," as the Protective Order re Claims Manual establishes procedures that govern the conduct of this action up to the pretrial conference.

Pursuant to Local Rule 7.2(c) and the Electronic Case Filing, CM/ECF, User's Manual, Southern District of California (revised July 2008), the Protective Order Re Claims Manual has not been electronically filed but has instead been emailed to the Chambers of the Honorable Jan M. Adler, Magistrate Judge, U.S. District Court, Southern District of California.

Dated: August 1, 2008

/s/ Warren H. Nelson, Jr.
WARREN H. NELSON, JR.
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115

Attorney for Defendant
STANDARD INSURANCE COMPANY

Dated: August 1, 2008

/s/ Craig A. Miller
CRAIG A. MILLER # 116030
LEVINE, STEINBERG, MILLER & HUVER
550 West "C" Street, Suite 1810
San Diego, CA 92101

Attorneys for Plaintiff
SARAH LESLIE

DOCKET No. 08 CV 0520 W JMA

<u>Leslie v. Standard Insurance Company, et al.</u>

PROOF OF SERVICE BY MAIL

I, Warren H. Nelson, Jr., the undersigned, hereby certify and declare under penalty of perjury that I am over the age of 18 years and am not a party to this action.  My business address is Warren H. Nelson, Jr., A Professional Corporation, 6161 El Cajon Blvd., # 273, San Diego, CA 92115, telephone (619) 269-4212, facsimile (619) 501-7948.  On the 1st day of August 2008, I served a true copy of the foregoing document titled exactly:

JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER RE CLAIMS MANUAL

By placing it/ in an addressed sealed envelope with correct postage affixed thereto and personally depositing it in the United States mail.  I addressed the mailing envelope to the following:

Craig A. Miller, Esq.

Levine, Steinberg, Miller & Huver

550 West "C" Street, Suite 1810

San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 1st day of August 2008 at San Diego, California.

/s/Warren H. Nelson. Jr.
Warren H. Nelson, Jr.